Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
для the

District of North Dakota

Grand Forks Division

| | |
|---|---|
| Kevin Stanfield | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| City of Puyallup | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kevin Stanfield |
| Address | 123 park ave |
| | neche / ND / 58265 |
| | City / State / Zip Code |
| County | Pembina |
| Telephone Number | 2539613784 |
| E-Mail Address | kevin_stanfield@hotmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Dean Johnson |
| Job or Title (if known) | Mayor, Puyallup city |
| Address | 333 S Meridian, |
| | Puyallup / WA. / 98371 |
| | City / State / Zip Code |
| County | Pierce |
| Telephone Number | 253-841-4321 |
| E-Mail Address (if known) | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Andrea Beall |
| Job or Title (if known) | Judge |
| Address | 929 E Main Ste 120 |
| | Puyallup / Wa / 98372 |
| | City / State / Zip Code |
| County | Pierce |
| Telephone Number | 253-841-5450 |
| E-Mail Address (if known) | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 3

- Name: Beck, Joseph
- Job or Title (if known): Puyallup Prosicuting attorney
- Address: 333 South Meridian
  - City: Puyallup
  - State: Wa
  - Zip Code: 98371
- County: Pierce
- Telephone Number: 253-435-3654
- E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

Defendant No. 4

- Name: City of puyallup police department
- Job or Title (if known): police
- Address: 311 W Pioneer,
  - City: Puyallup
  - State: Wa
  - Zip Code: 98371
- County: Pierce
- Telephone Number: 253-841-5415
- E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to speedy trial, rights to affective attorney, right of liberty, right to motions to be heard in court, right to life as the police left the plantiff for dead, the 4th and 5th amenments. A person who has suffered a medical emergency is immune from prosecution. The justice system was not made to make deals by invalintary imprisonment for long time or draging a case out for almost 3 years in a hope to force a person to make a deal. This complaint maybe ammended by the plantiff at anytime.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

        Forth amendment as well as most of the bill of rights.

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

        The police left the plantiff for dead after a medical emergancy and lied under oath that they searched for the plantiff. The police violated the rights of the plantiff by use of cell phone records, inteminating witnesses. The court has repeatly voilated the rights of speedy trial, for a case that started in 2020. The court has refused to hear the plantiffs motions that was writen by the plantiff under washington state court rules. This case is highly prejudgic by this judge. A person who has suffered a medical emergancy is immune from prosecution.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        What on? The car accident was on 4/2/2020. I have all of the court records relating to all of the voilations of the bill of rights.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

        This is a heavily long event that has been going on for going on now 3 years. The court is in error, started about 4/2020. I have all of the paper work saved and the dates are long.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

On about 4/2/2020 the plantiff suffered a mild heart attack and ran into a light pole off an emergancy exit. The plantiff is also a disabled vet, and being confused wondered off to the other side of the street and fell unconguce. The next day the plantiff awoke and went to hospital was in the ICU for 3-4 days. As the plantiff was confused and did not have a cell phone the police did not talk to the plantiff but pulled cell phone chats with a friend who the planitiff had gotten a ride to hospital from after he had gotten home. Nearly 4 mouths later the plantiff gets a criminal complaint and summons to appear.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Stress that is unneeded at this time do to heart condition. Being left for dead and then lied about to the court, the court refusing to listen to attorneys and the plantiff. The bias of the court of washington is very apperent.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I will ask the jury to give a 200 billion dollar settlement to be used to make the emergancy exit safe for all person. The judge and all invaled are to be repormanded or fired. The case is to be dropped as the plantiff is immune from prosecution.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/8/22

Signature of Plaintiff
Printed Name of Plaintiff     Kevin Stanfield

### B. For Attorneys

Date of signing:   Pro SE

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| Address | 123 park ave | | |
|---|---|---|---|
| | neche | ND | 58265 |
| | *City* | *State* | *Zip Code* |
| Telephone Number | 2539613784 | | |
| E-mail Address | | | |