UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN A. STANFIELD,<br><br>    Plaintiff,<br>  v.<br><br>CITY OF PUYALLUP et al.,<br><br>    Defendants. | CASE NO. 3:22-cv-05994-DGE<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

In December 2022, Plaintiff's case was transferred to this Court from the United States District Court for the District of North Dakota. (Dkt. No. 7.) On December 21, 2022, the Court directed Plaintiff to pay the $402 filing fee or apply for in forma pauperis (IFP) status by January 20, 2023. (Dkt. No. 10.) At that time, the Court provided Plaintiff an IFP application. (*Id.*; *see also* Dkt. No. 10-1.) On January 23, 2023, Plaintiff submitted a form purporting to be an application to proceed without prepaying fees or costs, which is not the proper form. (Dkt. No.

12.) The Court directed Plaintiff to submit the correct IFP application by February 23, 2023. (Dkt. No. 13.)  Again, the Court provided Plaintiff an IFP application.  (*Id.*; *see also* Dkt. 13-1.) To date, Plaintiff has not submitted the correct IFP application.

On April 17, 2023, the Court ordered Plaintiff to show cause, no later than May 1, 2023, why this action should not be dismissed under Local Civil Rule 11(c).  (Dkt. No. 14.)  The Court advised Plaintiff this case could be dismissed without further notice to Plaintiff after May 1, 2023, unless Plaintiff paid the $402 filing fee or filed the required IFP application.  (*Id.*)  Plaintiff has not paid the filing fee, filed the required IFP application, or otherwise responded to the Court's order to show cause.

Accordingly, this case is DISMISSED without prejudice.

Dated this 24th day of May, 2023.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 2